# Exhibit 6



October 9, 2018

<u>Via Federal Express</u>

ClearPath Lending Inc.
15615 Alton Parkway, Suite 300
Irvine, CA, 92618
Attention: **Legal Department**

Re:   *Lawsuit For Violations of the Americans With Disabilities Act*

To Whom It May Concern:

This law firm has been retained by a blind Californian to prosecute a lawsuit against you for violations of the Americans With Disabilities Act and the Unruh Civil Rights Act.

My client is attempting to obtain mortgage pre-qualification in connection with a potential home purchase. She attempted to submit an application via your website at www.clearpathlending.com but could not do so because the site is not accessible to visually-impaired individuals; this also prevented her from visiting your Southern California office. We have since confirmed her complaints using the Website Accessibility Evaluation ("WAVE") protocol.

Your website's inaccessibility subjects you to liability under both state and federal law. *See e.g.* 42 U.S.C. § 12181; 28 C.F.R. § 36.201(a); and *Nat'l Federation of the Blind v. Target Corp.*, 452 F. Supp. 2d 946. You can also read about our victory in a similar case at *https://www.adatitleiii.com/tag/whisper-lounge/*.

We believe that our client is now entitled to a minimum of $4,000 statutory damages, attorneys' fees, and an injunction. We intend to file suit within two weeks. If you believe that we are mistaken or would like to discuss potential resolution, your counsel should contact David Reid, managing partner of this firm.

Sincerely,

Scott J. Ferrell, Esq.

SJF/mkj